```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

ANDREW GILES, Individually     )
and on Behalf of All Others    )
Similarly Situated,            )
                               )
            Plaintiff,         ) Case No. 1:17-cv-00482-WO-JLW
                               )
      v.                       )
                               )
BNC BANCORP, THOMAS R. SLOAN,  )
JAMES T. BOLT JR., ABNEY S.    )
BOXLEY III, RICHARD D.         )
CALLICUTT II, JOSEPH M.        )
COLTRANE, JR., CHARLES T.      )
HAGAN III, ELAINE M. LYERLY,   )
MATTHEW WALSH MCINNIS, W.      )
SWOPE MONTGOMERY, JR., LENIN   )
J. PETERS, JOHN S. RAMSEY,     )
JR., THOMAS R. SMITH, ROBERT   )
A. TEAM, JR., G. KENNEDY       )
THOMPSON, D. VANN WILLIFORD,   )
RICHARD F. WOOD, and PINNACLE  )
FINANCIAL PARTNERS, INC.,      )
                               )
            Defendants.

**STIPULATION FOR ORDER CLOSING CASE FOR ALL PURPOSES**

WHEREAS, on May 25, 2017, Plaintiff Andrew Giles ("Plaintiff") filed a putative Class Action Complaint for Violation of the Securities Exchange Act of 1934 (the "Complaint") in the above-captioned action (the "Action");

WHEREAS, the Action asserts claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 and Rule 14a-9 promulgated thereunder relating to disclosures made in a joint definitive proxy statement ("the Proxy Statement") filed with the United States Securities and Exchange Commission (the "SEC") on or around May 3, 2017, in connection with the proposed acquisition of BNC Bancorp ("BNC") by affiliates of Pinnacle Financial Partners, Inc. (the "Transaction");

WHEREAS, on June 2, 2017, BNC publicly filed an amendment to the Proxy Statement in a Form 8-K with the SEC that contained additional information regarding the Transaction (the "Supplemental Disclosures");

WHEREAS, on June 20, 2017, the parties to the Action entered into a Stipulation of Dismissal and [Proposed] Order ("Stipulation of Dismissal");

WHEREAS, on June 22, 2017, the Court entered the Stipulation of Dismissal, which dismissed the Action with prejudice as to Plaintiff only, and without prejudice as to all other members of the putative class, and retained

jurisdiction over the parties for the purpose of determining Plaintiff's anticipated fee and expense application;

WHEREAS, after filing the Stipulation of Dismissal, the parties negotiated the terms of an agreed-upon payment of attorneys' fees and expenses that have been fully paid to counsel for Plaintiff, thereby obviating the need for fee applications to be adjudicated by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties:

1. This matter is fully resolved and no further issues remain in dispute, and the case file should be closed for all purposes;

2. The Court should no longer retain jurisdiction over this matter.

**IT IS SO STIPULATED**

Dated: September 1, 2017

Respectfully submitted,

**FARUQI & FARUQI, LLP**

/s/ James M. Wilson, Jr.
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, New York 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: jwilson@faruqilaw.com

*Co-Counsel for Plaintiff*

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405

| | |
|---|---|
| New York, New York 10118<br>Tel.: (212) 971-1341<br>Fax: (212) 202-7880<br>Email: jmonteverde@monteverdelaw.com<br><br>*Co-Counsel for Plaintiff* | /s/ Janet Ward Black<br>Janet Ward Black<br>NC State Bar # 12869<br>Nancy Meyers<br>N.C. State Bar # 23339<br>**WARD BLACK LAW**<br>208 West Wendover Ave.<br>Greensboro, North Carolina 27401-1307<br>Tel.: (336) 333-2244<br>Fax: (336) 379-9415<br>Email: jwblack@wardblacklaw.com<br>         nmeyers@wardblacklaw.com<br><br>*Liaison Counsel for Plaintiff* |
| **OF COUNSEL**<br><br>**BASS, BERRY & SIMS, PLC**<br>Overton Thompson III<br>Joseph B. Crace, Jr.<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee 37201<br>Tel.: (615) 742-7730<br>Fax: (615) 742-2804<br>Email:<br>othompson@bassberry.com<br>jbcrace@bassberry.com<br><br>*Co-Counsel for Defendant Pinnacle Financial Partners, Inc.* | /s/ Anthony T. Lathrop<br>Anthony T. Lathrop<br>N.C. State Bar # 15941<br>**MOORE & VAN ALLEN, PLLC**<br>100 North Tryon Street; Suite 4700<br>Charlotte, NC 28202-4003<br>Tel: (704) 331-3596<br>Fax: (704) 339-5896<br>Email: tonylathrop@mvalaw.com<br><br>*Co-Counsel for Defendant Pinnacle Financial Partners, Inc.* |
| **OF COUNSEL**<br><br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>Stephen DiPrima<br>Benjamin D. Klein<br>51 West 52nd Street<br>New York, New York 10017 | /s/ Christopher G. Browning, Jr.<br>Christopher G. Browning, Jr.<br>N.C. State Bar # 13436<br>TROUTMAN SANDERS LLP<br>434 Fayetteville Street; Suite 1900<br>Raleigh, NC 27601<br>Tel: (919) 835-4127<br>Fax: (919) 835-4101<br>Email: Chris.Browning@troutmansanders.com |

4

Tel.: (212) 403-1341
Fax: (212) 403-2341
Email: SRDiPrima@wlrk.com
    BDKlein@wlrk.com

**TROUTMAN SANDERS LLP**
J. Timothy Mast
600 Peachtree Street NE,
Suite 5200
Atlanta, Georgia 30308
Tel.: (404) 885-3312
Fax: (404) 885-3900
Email:
tim.mast@troutmansanders.com

*Counsel for Defendants BNC Bancorp, Thomas R. Sloan, James T. Bolt Jr., Abney S. Boxley III, Richard D. Callicutt II, Joseph M. Coltrane, Jr., Charles T. Hagan III, Elaine M. Lyerly, Matthew Walsh McInnis, W. Swope Montgomery, Jr., Lenin J. Peters, John S. Ramsey, Jr., Thomas R. Smith, Robert A. Team, Jr., G. Kennedy Thompson, D. Vann Williford, and Richard F. Wood*

*Counsel for Defendants BNC Bancorp, Thomas R. Sloan, James T. Bolt Jr., Abney S. Boxley III, Richard D. Callicutt II, Joseph M. Coltrane, Jr., Charles T. Hagan III, Elaine M. Lyerly, Matthew Walsh McInnis, W. Swope Montgomery, Jr., Lenin J. Peters, John S. Ramsey, Jr., Thomas R. Smith, Robert A. Team, Jr., G. Kennedy Thompson, D. Vann Williford, and Richard F. Wood*