IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANDREW GILES, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:17-cv-00482-WO-JLW ) |
| v. | ) ) |
| BNC BANCORP, THOMAS R. SLOAN, JAMES T. BOLT JR., ABNEY S. BOXLEY III, RICHARD D. CALLICUTT II, JOSEPH M. COLTRANE, JR., CHARLES T. HAGAN III, ELAINE M. LYERLY, MATTHEW WALSH MCINNIS, W. SWOPE MONTGOMERY, JR., LENIN J. PETERS, JOHN S. RAMSEY, JR., THOMAS R. SMITH, ROBERT A. TEAM, JR., G. KENNEDY THOMPSON, D. VANN WILLIFORD, RICHARD F. WOOD, and PINNACLE FINANCIAL PARTNERS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

**[PROPOSED] ORDER GRANTING STIPULATION CLOSING CASE FOR ALL PURPOSES**

Having considered the stipulation concerning the closing of the above-captioned case for all purposes submitted by Plaintiff and Defendants, by and through their respective counsel of record, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. This matter is fully resolved and closed for all purposes;

2. The Court no longer retains jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: _____ _____
Honorable Chief Judge
William L. Osteen, Jr.
United States District Judge