IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ANDREW GILES, individually and   )
on behalf of all others          )
similarly situated,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )      1:17CV482
                                 )
BNC BANCORP, THOMAS R. SLOAN,    )
JAMES T. BOLT JR., ABNEY S.      )
BOXLEY III, RICHARD D.           )
CALLICUTT II, JOSEPH M.          )
COLTRANE, JR., CHARLES T.        )
HAGAN III, ELAINE M. LYERLY,     )
MATTHEW WALSH MCINNIS,           )
W. SWOPE MONTGOMERY, JR.,        )
LENIN J. PETERS, JOHN S.         )
RAMSEY, JR., THOMAS R. SMITH,    )
ROBERT A. TEAM, JR.,             )
G. KENNEDY THOMPSON, D. VANN     )
WILLIFORD, RICHARD F. WOOD,      )
and PINNACLE FINANCIAL           )
PARTNERS, INC.,                  )
                                 )
          Defendants.            )
```

**ORDER GRANTING STIPULATION CLOSING CASE FOR ALL PURPOSES**

Having considered the stipulation concerning the closing of the above-captioned case for all purposes submitted by Plaintiff and Defendants, by and through their respective counsel of record, (Doc. 9), and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. This matter is fully resolved and no further issues remain in dispute, and the case is closed for all purposes;

2. The court no longer retains jurisdiction over this matter.

**IT IS SO ORDERED.**

This the 11th day of September, 2017.

　　　　　　　　　　／s/ William L. Osteen, Jr.
　　　　　　　　　　United States District Judge